UNITED STATES of America, Plaintiff–Appellee,

v.

Douglas Walter CHILDS, Defendant–Appellant.

No. 10–6670.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 19, 2011.

Decided: Feb. 22, 2011.

Douglas Walter Childs, Appellant Pro Se. Jerry Wayne Miller, Office of the United States Attorney, Asheville, North Carolina, for Appellee.

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Walter Childs appeals the district court's order denying Childs' motion for reconsideration of the district court's order denying his petition for a writ of error coram nobis and motion for appointment of counsel. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Childs,* No. 1:95–cr–00020–MR–1 (W.D.N.C. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*